IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CRYPTOPEAK SOLUTIONS, LLC,**<br><br>                    Plaintiff,<br>   v.<br><br>**3M COMPANY,** *et al.***,**<br><br>                    Defendants. | Case No. 2:15-cv-1284<br><br>**LEAD CASE**<br><br>**CONSOLIDATED CASE** |
| **CRYPTOPEAK SOLUTIONS, LLC,**<br><br>                    Plaintiff,<br>   v.<br><br>**NETFLIX, INC.,**<br><br>                    Defendant. | Case No. 2:15-cv-1299 |

### ORDER GRANTING DISMISSAL WITHOUT PREJUDICE OF DEFENDANT NETFLIX PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

On this day, the Court considered Plaintiff CryptoPeak Solutions, LLC's ("CryptoPeak") Notice of Dismissal Without Prejudice of Defendant Netflix, Inc. ("Netflix"), Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

In light of the Notice of Dismissal, it is hereby ORDERED that Plaintiff CryptoPeak's action against Defendant Netflix is dismissed without prejudice, with each party to bear its own costs, attorneys' fees and expenses. All pending motions as between CryptoPeak and Netflix are hereby DENIED AS MOOT.

**SIGNED this 22nd day of June, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE