IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CRYPTOPEAK SOLUTIONS, LLC,**<br><br>                    Plaintiff,<br>    v.<br><br>**3M COMPANY**, *et al.*,<br><br>                    Defendants. | Case No. 2:15-cv-1284<br><br>**LEAD CASE** |
| **CRYPTOPEAK SOLUTIONS, LLC,**<br><br>                    Plaintiff,<br>    v.<br><br>**FORETHOUGHT FINANCIAL GROUP, INC.,**<br><br>                    Defendant. | Case No. 2:15-cv-1297 |

**ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN
PLAINTIFF CRYPTOPEAK AND DEFENDANT FORETHOUGHT**

On this day, the Court considered the Stipulation and Joint Motion for Dismissal With Prejudice of All Claims Between Plaintiff CryptoPeak Solutions, LLC ("CryptoPeak"), and Defendant Forethought Financial Group, Inc. ("Forethought").  Having considered the Stipulation and Joint Motion and the pleadings in this case, the Court is of the opinion that the Joint Motion should be, and is hereby, GRANTED.

It is, therefore, ORDERED that all claims and counterclaims made between Plaintiff CryptoPeak and Defendant Forethought are hereby DISMISSED WITH PREJUDICE.

Each party shall bear its own costs, attorneys' fees and expenses.

**SIGNED this 29th day of July, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE